# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-3558
LT Case No. 2019-SC-047881

_____

KENNETH KETRON,

   Appellant,

   v.

MARGARET EMBREY,

   Appellee.

_____

On appeal from the County Court for Brevard County.
Kenneth Friedland, Judge.

Kenneth Ketron, Palm Bay, pro se.

No Appearance for Appellee.

April 9, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____